GLENN D. POMERANTZ (State Bar No. 112503)
Glenn.Pomerantz@mto.com
STUART N. SENATOR (State Bar No. 148009)
Stuart.Senator@mto.com
ADAM R. LAWTON (State Bar No. 252546)
Adam.Lawton@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

STEPHEN A. HYLAS (State Bar No. 319833)
Stephen.Hylas@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants
IDEXX Laboratories, Inc. and
IDEXX Distribution, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CAM YUEN, et al.,<br><br>       Plaintiffs,<br><br>  vs.<br><br>IDEXX LABORATORIES, INC. and IDEXX DISTRIBUTION, INC.,<br><br>       Defendants. | Case No. 3:22-cv-04297-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:  Hon. Trina L. Thompson<br>Date:   January 24, 2023<br>Time:  2:00 P.M.<br>Ctrm:  9, 19 Floor |

1    Defendants IDEXX Laboratories, Inc. and IDEXX Distribution, Inc. ("Defendants") have
2    filed a Motion to Dismiss, which came on for hearing before this Court on January 24, 2023.
3    Upon consideration of the contentions and arguments of the parties, the Court hereby
4    GRANTS the motion and dismisses Plaintiffs' claims against Defendants with prejudice.  The
5    Court hereby ORDERS as follows:
6    1.    The claims asserted under the Sherman Antitrust Act, 15 U.S.C. §§ 1, 2, are
7    DISMISSED for lack of antitrust standing under Fed. R. Civ. P. 12(b)(6), for the reasons stated in
8    Defendants' moving papers.  *See Eagle v. Star-Kist Foods, Inc.*, 812 F.2d 538, 541–42 (9th Cir.
9    1987).
10   2.    The claims asserted under the laws of states in which no named plaintiff resides or
11   alleges to have been injured are DISMISSED under Fed. R. Civ. P. 12(b)(1) for lack of Article III
12   standing, for the reasons stated in Defendants' moving papers.
13   3.    The claims asserted under the laws of all other states are DISMISSED under Fed.
14   R. Civ. P. 12(b)(6) for the reasons stated in Defendants' moving papers.
15   4.    For the foregoing reasons, Plaintiffs' Complaint is hereby DISMISSED in its
16   entirety, pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).

18   IT IS SO ORDERED.

20   DATED: _____, 2023

23   The Hon. Trina L. Thompson